# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HARRIS, | CASE NO. 1:08-CV-00475-OWW-DLB-P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | (Doc. 4) |
| Defendants. | |

Plaintiff Mark Harris ("plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 9, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 9, 2008, is adopted in full; and
2. This action is dismissed for plaintiff's failure to obey a court order.

IT IS SO ORDERED.

1

1  **Dated:   July 29, 2008**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE